LUCIUS E. GREEN et al., Respondents, v. PERRY M. ELDRED, Appellant.

(Argued April 10, 1876; decided April 25, 1876.)

THIS was an action of ejectment. The sole question was as to the construction of an exception in a deed under which plaintiff claimed, *i. e.*, whether the premises in question were

included in the exception and so excluded from the grant. The deed was construed in view of the surrounding circumstances.

*Martin I. Townsend* for the appellant.

*Esek Cowen* for the respondents.

ANDREWS, J., reads for affirmance.
All concur.
Judgment affirmed.